# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

SHAWN KRISTI DICKEN,

Defendant-Appellant.

UNPUBLISHED
January 12, 2016

No. 322998
Midland Circuit Court
LC No. 13-005531-FH

Before: SHAPIRO, P.J., and O'CONNELL and WILDER, JJ.

O'CONNELL, J. (*concurring in part and dissenting in part*).

I concur with the majority opinion to affirm the defendant's convictions. For the reasons stated in my dissent in *People v Shank*, ___ Mich App ___; ___ NW2d ___ (2015) (Docket No. 321534), I conclude it is unnecessary to remand this case to the trial court for further proceedings regarding the reasonableness of defendant's departure sentence. I would affirm the learned trial court's sentences in this matter.

/s/ Peter D. O'Connell